# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TYLER BAKER, Individually, and on
behalf of all others similarly situated**                    **PLAINTIFF**

**v.**                    **No. 3:21-cv-182-DPM**

**WALMART INC.**                    **DEFENDANT**

## JUDGMENT

All of Baker's remaining claims are dismissed without prejudice.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

31 March 2026